IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELSINN HEALTHCARE S.A. and ROCHE PALO ALTO LLC<br>v.<br>AUROBINDO PHARMA LTD. and AUROBINDO PHARMA USA INC. | )<br>)<br>) Civil Action No.<br>)<br>) |

### SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: March 6, 2013

Date of Expiration of Patent: January 30, 2024

Thirty Month Stay Deadline: September 6, 2015

_April 16, 2013_
Date

_[signature]_
Attorney(s) for Plaintiff