IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELSINN HEALTHCARE S.A. and ROCHE PALO ALTO LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LTD. and AUROBINDO PHARMA USA INC., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 13-688 (GMS) ) ) ) ) ) ) ) |

## STIPULATION AND ORDER

WHEREAS, on April 16, 2013, Helsinn Healthcare S.A. and Roche Palo Alto LLC (collectively, "Plaintiffs") filed a complaint alleging infringement of U.S. Patent Nos. 7,947,724, 7,847,725 and 7,960,424 (the "Patents-in-Suit") against Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc. (collectively, "Defendants") based on the filing of ANDA No. 204702;

WHEREAS in the August 23, 2013 answer and counterclaims (D.I. 12), Defendants denied that they have infringed, or will infringe, any valid claim of the Patents-in-Suit and denied that Aurobindo Pharma USA Inc. is a proper party to the litigation;

WHEREAS Defendants have represented that Aurobindo Pharma USA Inc. has had no role in the filing of ANDA No. 204702 or in the development of the product that is the subject of ANDA No. 204702;

WHEREAS in the August 23, 2013 answer and counterclaims (D.I. 12), Aurobindo Pharma Ltd. represented that "Aurobindo [Pharma] Ltd. and AuroMedics Pharma LLC submitted ANDA No. 204702, containing a certification under 21 C.F.R.

§ 314.94(a)(12)(i)(A)(4) and 21 U.S.C. § 355(j)(2)(A)(vii)(IV) ('Paragraph IV') of the Drug Price Competition and Patent Term Restoration Act of 1984 as to" each of the Patents-in-Suit.

WHEREAS on August 27, 2013, United States Patent No. 8,518,981 ("the '981 patent"), titled "Liquid Pharmaceutical Formulations of Palonosetron," issued;

WHEREAS the '981 patent is listed in the Orange Book for Aloxi®;

WHEREAS in a letter dated September 19, 2013, Aurobindo Pharma Ltd. represented that ANDA 204702 was amended to include a certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) alleging that in Aurobindo Pharma Ltd.'s opinion, and to the best of its knowledge, the '981 patent is invalid, unenforceable, and/or will not be infringed by the manufacture, importation, use or sale of the drug product described in Aurobindo Pharma Ltd.'s ANDA;

WHEREAS the parties wish to resolve any disputes about the proper parties to this litigation without motion practice and to ensure that the relevant patents are included in this litigation:

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court,

1. Plaintiffs' claims against Defendant Aurobindo Pharma USA Inc. in this action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. Aurobindo Pharma USA Inc. agrees to be bound by the Judgment, and any Orders or decisions in this action (including appeals).

3. To the extent that Aurobindo Pharma USA Inc. has any relevant discovery in its possession, custody, or control that is responsive to any discovery requests, it will produce that discovery as if it were a party to this action.

2

4. The action will continue against Defendant Aurobindo Pharma Ltd.

5. Plaintiffs may file the attached amended complaint substituting AuroMedics Pharma LLC for Aurobindo Pharma USA Inc. and adding claims for infringement of the '981 patent as a separate docket item upon entry of this stipulation and order by the Court.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

MORRIS JAMES LLP

/s/ *Mary B. Matterer*

Mary B. Matterer (#2696)
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendants*

SO ORDERED this 15th day of October 2013.

_____ J.

3