IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HELSINN HEALTHCARE S.A. and ROCHE PALO ALTO LLC, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 13-688 (GMS) |
| v. | ) ) | CONSOLIDATED |
| AUROBINDO PHARMA LTD. and AUROMEDICS PHARMA LLC, | ) ) ) ) | |
| Defendants. | ) | |
| HELSINN HEALTHCARE S.A. and ROCHE PALO ALTO LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 13-1612 (GMS) |
| BEN VENUE LABORATORIES, INC. d/b/a BEDFORD LABORATORIES | ) ) ) ) | |
| Defendant. | ) | |

**FINAL JOINT CLAIM CHART**

Pursuant to the Court's Scheduling Order (D.I. 26 in C.A. 13-688, D.I. 14 in C.A. 13-1612), Helsinn Healthcare S.A. and Roche Palo Alto LLC (collectively, "Plaintiffs") and Defendant Ben Venue Laboratories, Inc. d/b/a Bedford Laboratories ("Ben Venue") [1] met and conferred, and present the following Joint Claim Chart for the only term in dispute, "pharmaceutically stable," which appears in U.S. Patent No. 7,947,724 ("the '724 patent"), U.S. Patent No. 7,947,725 ("the '725 patent"), U.S. Patent No. 7,960,424 ("the '424 patent"), U.S. Patent No. 8,518,981 ("the '981 patent"), and U.S. Patent No. 8,598,218 ("the '218 patent").

---

[1] Defendants Aurobindo Pharma Ltd. and AuroMedics Pharma LLC did not serve any submissions regarding claim construction.

This chart identifies the parties' proposed constructions for this disputed claim term, and the parties' identification of intrinsic evidence in support of their proposed constructions.

| Claim Term | Plaintiffs' Construction | Ben Venue's Construction |
|---|---|---|
| "pharmaceutically stable" | Plain meaning, *i.e.*, shelf stable for periods greater than 24 months at room temperature | Plain meaning – "without significant change in chemical and physical integrity for pharmaceutical use" |
| | **Plaintiffs' Intrinsic Evidence** | **Ben Venue's Intrinsic Evidence** |
| | The specifications of the '724, '725, '424, '981, and '218 patents, including, but not limited to, the '724 patent at Abstract, 1:13-15; 1:52-2:50; 2:56-62; 3:1-30; 4:45-60; 5:3-15, 22-33, 50-64; 7:35-8:20 (and corresponding disclosures in the '725, '424, '981, and '218 patents); All claims of the '724, '725, '424, '981, and '218 patents; Plaintiffs reserve the right to rely upon any portion of the intrinsic record relied upon by Ben Venue, and/or on portions of the intrinsic record in response to any portions cited by Ben Venue. | The specifications of the '724, '725, '424, '981, and '218 patents, including, but not limited to, the '724 patent at Abstract; 1:13-15; 1:46-2:3; 2:36-52; 2:56-62; 2:66-3:30; 3:34-4:39; 4:45-60; 5:3-17; 5:22-33; 5:50-64; 6:19-23; 6:27-41; Examples 1-3 & 6-7; 9:21-24 (and corresponding disclosures in the '725, '424, '981, and '218 patents); All claims of the '724, '725, '424, '981, '218, and '219 patents; The prosecution history of the '724 patent, U.S. Application No. 11/186,311, including at least: <br>• Application filed 7/21/2005, in particular at 1:2-5; 1:7-9; 2:3-14; 3:16-29; 4:3-7; 4:10-31; 5:3-6:25; 6:30-7:9; 7:17-27; 8:1-9; 8:21-31; 9:20-23; 9:26-10:5; Examples 1-3, 6-7; 14:9-11; claims at 15-20, particularly claims 1, 32, 42, 51, 53, 56; abstract at 21; <br>• Office Action dated 8/30/2006, in particular at 2-4; <br>• Amendment and Response dated 2/26/2007, in particular the response at 1 and the replacement claim set at 3-10, and particularly claims 32, 42, 51, 53, 56; <br>• Declaration of Daniele Bonadeo dated 2/13/2007, in particular at ¶ |

| | | |
|---|---|---|
| | | 5; <br>• Office Action dated 10/5/2007, in particular at 3-7; <br>• Amendment and Response dated 3/5/2008, in particular the replacement claim set at 3-12, particularly claims 32, 42, 51, 53, 56; <br>• Declaration of Giorgio Calderari et al. dated 11/21/2007, in particular at ¶¶ 5-6; <br>• Amendment and Response dated 7/14/2008, in particular the replacement claims at 2-4, particularly claims 32 & 42; <br>• Office Action dated 10/6/2008, in particular at 3, 5-8; <br>• Declaration of Daniele Bonadeo dated 2/9/2009, in particular at ¶¶ 4, 6-27, Tables 1-6, & Figures 1-2; <br>• Declaration of Valentino J. Stella, Ph.D. dated 9/19/2007, in particular at ¶¶ 1-22; <br>• Amendment and Response dated 4/6/2009, in particular the replacement claims at 3-4, particularly claims 32 & 42; and the remarks at 5-8; <br>• Office Action dated 5/20/2009, in particular at 2-5 <br>• Amendment dated 6/25/2009, in particular at 1-4; <br>• Supplemental Declaration of Daniele Bonadeo dated 6/8/2009, in particular at ¶¶ 3-12 & Exs. 1-3; <br>• Appeal Brief dated 5/24/2010, in particular at 3, 6-11, 13, 15-22. <br><br>The prosecution history of the '725 patent, U.S. Application No. 11/388,368, including at least: <br><br>• Application filed 3/24/2006, in particular at 1:2-5; 1:7-9; 2:3-14; |

|  |  |  |
|---|---|---|
|  |  | 3:16-29; 4:3-7; 4:10-31; 5:3-6:25; 6:30-7:9; 7:17-27; 8:1-9; 8:21-31; 9:20-23; 9:26-10:5; Examples 1-3, 6-7; 14:9-11; claims at 15-16, particularly claims 1 & 14; abstract at 17;<br>• Office Action dated 7/17/2006, in particular at 2-4;<br>• Amendment and Response dated 7/28/2006, in particular at 3-4, particularly claims 1 & 14;<br>• Office Action dated 11/17/2006, in particular at 3-4;<br>• Response dated 2/26/2007, in particular response at 1, replacement claim set at 2-4, particularly claims 1, 14, 21-28;<br>• Declaration of Daniele Bonadeo dated 2/13/2007, in particular at ¶ 5;<br>• Office Action dated 10/3/2007, in particular at 3, 5-6;<br>• Amendment and Response dated 12/13/2007, in particular replacement claims at 2-4, particularly claims 1, 14, 21-28; remarks at 6;<br>• Declaration of Giorgio Calderari et al. dated 11/21/2007, in particular at ¶¶ 5-6;<br>• Office Action dated 3/26/2008, in particular at 5-7;<br>• Declaration of Valentino J. Stella, Ph.D. dated 9/19/2007, in particular at ¶¶ 1-22;<br>• Amendment and Response dated 8/26/2008, in particular the replacement claims at 2-3, particularly claims 14, 25-28; and the remarks at 4-7;<br>• Office Action dated 11/12/2008, in particular at 3-6;<br>• Amendment and Response dated 5/12/2009, in particular replacement claims at 2-4, particularly claims 14, 25-29, 37; |

|  |  | and remarks at 5-6;<br>• Declaration of Daniele Bonadeo dated 2/9/2009, in particular at ¶¶ 4, 6-27 & Tables 1-6;<br>• Office Action dated 7/15/2009, in particular at 5-8;<br>• Amendment and Response dated 12/15/2009, in particular replacement claims at 2, particularly claims 29 & 37; and remarks at 4-15;<br>• Supplemental Declaration of Daniele Bonadeo dated 6/8/2009, in particular at ¶¶ 3-12 & Exs. 1-3;<br>• Office Action dated 3/29/2010, in particular at 2-8;<br>• Appeal Brief dated 10/11/2010, in particular 3-4, 6-7, 10-13, 18-19, 23-25, 27-28, 30.<br><br>The prosecution history of the '424 patent, U.S. Application No. 11/388,270, including at least:<br><br>• Application filed 3/24/2006, in particular at 1:2-5; 1:7-9; 2:3-14; 3:16-29; 4:3-7; 4:10-31; 5:3-6:25; 6:30-7:9; 7:17-27; 8:1-9; 8:21-31; 9:20-23; 9:26-10:5; Examples 1-3, 6-7; 14:9-11; claims at 15-16, particularly claims 1 & 11; abstract at 17;<br>• Office Action dated 7/13/2006, in particular at 2-4;<br>• Amendment and Response dated 7/28/2006, in particular at 3-4, particularly claims 1 & 11; and remarks at 5;<br>• Office Action dated 11/16/2006, in particular at 2-6;<br>• Amendment dated 2/26/2007, in particular at 1, at replacement claim set at 2-4, particularly claims 1, 11, 21-30;<br>• Declaration of Daniele Bonadeo |

| | | |
|---|---|---|
| | | dated 2/13/2007, in particular ¶ 5;<br>• Office Action dated 9/20/2007, in particular at 3-6;<br>• Amendment and Response dated 12/13/2007, in particular the replacement claim set at 3-5, particularly claims 1, 11, 21-30; and remarks at 7<br>• Declaration of Giorgio Calderari et al. dated 11/21/2007, in particular at ¶¶ 5-6;<br>• Office Action dated 3/25/2008, in particular at 5-7;<br>• Declaration of Valentino J. Stella, Ph.D. dated 9/19/2007, in particular at ¶¶ 1-22;<br>• Amendment and Response dated 8/25/2008, in particular the response at 1, the replacement claim set at 2-4, particularly claims 1, 11, 26-27, 29-30; and remarks at 5-9;<br>• Office Action dated 10/29/2008, in particular at 3-4, 6;<br>• Amendment dated 12/29/2008, in particular the replacement claim set at 2-3, particularly claims 1, 11, 26-30; and remarks at 5-9;<br>• Office Action dated 1/23/2009, in particular at 2;<br>• Amendment and Response dated 4/29/2009, in particular the replacement claim set at 2-4, particularly claims 1, 11, 26-27, 29-30; and remarks at 5-6;<br>• Declaration of Daniele Bonadeo dated 2/9/2009, in particular at ¶¶ 4, 6-27 & Tables 1-4;<br>• Supplemental Response dated 6/16/2009, in particular at 1-8;<br>• Supplemental Declaration of Daniele Bonadeo dated 6/8/2009, in particular at ¶¶ 3-12 & Exs. 1-3;<br>• Office Action dated 7/9/2009, in particular at 3-7; |

|  |  |  |
|---|---|---|
|  |  | - Amendment dated 11/11/2009, in particular the replacement claim set at 2, particularly claim 1;<br>- Appeal Brief dated 11/13/2009, in particular at 2-4, 6, 8-19;<br>- Notice of Allowability dated 1/26/2010, in particular at 2;<br>- Supplemental Amendment dated 9/16/2010, in particular at 1-3, 6;<br>- Notice of Allowability dated 1/5/2011, in particular at 2.<br><br>The prosecution history of the '981 patent, U.S. Application No. 13/087,012, including at least:<br><br>- Application filed 4/14/2011, in particular at 1:2-5; 1:7-9; 2:3-14; 3:16-29; 4:3-7; 4:10-31; 5:3-6:25; 6:30-7:9; 7:17-27; 8:1-9; 8:21-31; 9:20-23; 9:26-10:5; Examples 1-3, 6-7; 14:9-11; claims at 15-20, particularly claims 1, 32, 42, 51, 53, 56; abstract at 21;<br>- Preliminary Amendment dated 4/14/2011, in particular the amended claims at 2-4, particularly claims 59, 61, 62;<br>- Office Action dated 3/12/2012, in particular at 2;<br>- Amendment and Response dated 7/2/2012, in particular the amended claims at 2-3, particularly claim 60; and remarks at 4-6;<br>- Declaration of Daniele Bonadeo dated 2/9/2009 at ¶¶ 4, 6-27 & Tables 1-6;<br>- Supplemental Declaration of Daniele Bonadeo dated 6/8/2009, in particular at ¶¶ 3-12 & Exs. 1-3;<br>- Declaration of Valentino J. Stella, Ph.D. dated 9/19/2007, in particular at ¶¶ 1-22;<br>- Amendment dated 7/26/2012, in |

|  |  |  | particular the amended claims at 2-3, particularly claim 60;<br>• Supplemental Amendment dated 12/26/12, in particular the amended claims at 2-3, particularly claim 60; and remarks at 4;<br>• Amendment dated 3/20/13, in particular the amended claims at 2-3, particularly claim 60<br>• Amendment dated 5/23/13, in particular the amended claims at 2-3, particularly claim 60.<br><br>The prosecution history of the '218 patent, U.S. Application No. 13/901,288, including at least:<br><br>• Application filed 5/23/2013, in particular at 1:2-5; 1:7-9; 2:3-14; 3:16-29; 4:3-7; 4:10-31; 5:3-6:25; 6:30-7:9; 7:17-27; 8:1-9; 8:21-31; 9:20-23; 9:26-10:5; Examples 1-3, 6-7; 14:9-11; claims at 15-20, particularly claims 1, 32, 42, 51, 53, 56; abstract at 21;<br>• Preliminary Amendment dated 5/23/2013 at 2-5, in particular at claims 59 and 69;<br>• Notice of Allowability dated 9/6/2013, in particular at 2-3.<br><br>The prosecution history of the '725 reissue application, U.S. Application No. 13/900,174, including at least:<br><br>• Reissue Application filed 5/22/13, in particular the '725 patent as issued;<br>• Reissue Declaration of Calderari et al. filed 5/22/13, in particular at ¶¶ 6-14;<br>• Preliminary Amendment dated 5/22/13, in particular the amendments to the claims at 4-6, particularly claims 3-7; and remarks at 7-24; |

|  |  | <ul><li>Office Action dated 11/19/2013, in particular at 4-20.</li></ul>Ben Venue reserves the right to rely upon any portion of the intrinsic record relied upon by Plaintiffs, and/or on portions of the intrinsic record in response to any portions cited by Plaintiffs. |
|---|---|---|

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| */s/ Maryellen Noreika* | */s/ Karen E. Keller* |
| Jack B. Blumenfeld (#1014) | Karen E. Keller (#4489) |
| Maryellen Noreika (#3208) | David M. Fry (#5486) |
| 1201 N. Market Street | 300 Delaware Avenue, Suite 1120 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1347 | (302) 298-0700 |
| (302) 658-9200 | kkeller@shawkeller.com |
| jblumenfeld@mnat.com | dfry@shawkeller.com |
| mnoreika@mnat.com | *Attorneys for Defendant Ben Venue* |

*Attorneys for Plaintiffs*

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Joseph M. O'Malley, Jr. | Robert V. Cerwinski |
| Bruce M. Wexler | Huiya Wu |
| Eric W. Dittmann | Michael S. Chang |
| David M. Conca | KENYON & KENYON LLP |
| Gary Ji | One Broadway |
| Angela C. Ni | New York, NY 10004 |
| PAUL HASTINGS LLP | (212) 425-7200 |
| 75 East 55th Street | |
| New York, NY 10022 | William G. James |
| (212) 318-6000 | KENYON & KENYON LLP |
| | 1500 K Street, NW |
| | Washington, D.C. 20005 |
| | (202) 220-4200 |

*Attorneys for Plaintiff Helsinn Healthcare S.A.*

Mark E. Waddell
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
(212) 407-4127

*Attorneys for Plaintiff Roche Palo Alto LLC*

March 27, 2014

8124848