IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HELSINN HEALTHCARE S.A. and ROCHE PALO ALTO LLC, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 13-688-GMS |
| v. | ) ) | CONSOLIDATED |
| AUROBINDO PHARMA LTD. and AUROMEDICS PHARMA LLC, | ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| HELSINN HEALTHCARE S.A. and ROCHE PALO ALTO LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 13-1612-GMS |
| v. | ) ) | |
| BEN VENUE LABORATORIES, INC. d/b/a BEDFORD LABORATORIES | ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| HELSINN HEALTHCARE S.A. and ROCHE PALO ALTO LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 13-2101-GMS |
| v. | ) ) | |
| ACCORD HEALTHCARE, INC. | ) ) ) ) | |
| Defendants. | ) | |

| | |
|---|---|
| HELSINN HEALTHCARE S.A. and<br>ROCHE PALO ALTO LLC, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 14-427-GMS<br>)<br>) |
| CIPLA LTD. and CIPLA USA, INC., | )<br>)<br>) |
| Defendants. | ) |

## STIPULATION AND ORDER

WHEREAS, Plaintiffs Helsinn Healthcare S.A. and Roche Palo Alto LLC (collectively, "Plaintiffs") have filed Civil Action Nos. 13-688-GMS and 13-1612-GMS (consolidated), pursuant to the Hatch-Waxman Act, 35 U.S.C. § 271(e)(2), alleging infringement of United States Patent Nos. 7,947,724, 7,947,725, 7,960,424, 8,518,981, 8,598,218, and 8,598,219 by Defendants Aurobindo Pharma Ltd. and AuroMedics Pharma LLC and Defendant Ben Venue Laboratories, Inc. d/b/a Bedford Laboratories;

WHEREAS, Plaintiffs have filed Civil Action Nos. 13-2101-GMS and 14-427-GMS, pursuant to the Hatch-Waxman Act, 35 U.S.C. § 271(e)(2), alleging infringement of United States Patent Nos. 8,598,218 and 8,598,219 by Defendant Accord Healthcare, Inc. and Defendants Cipla Ltd. and Cipla USA, Inc. (all defendants collectively, "Defendants");

WHEREAS, Defendants Aurobindo Pharma Ltd. and AuroMedics Pharma LLC, Defendant Ben Venue Laboratories, Inc. d/b/a Bedford Laboratories, and Defendants Cipla Ltd. and Cipla USA, Inc. have filed counterclaims alleging United States Patent Nos. 7,947,724, 7,947,725, 7,960,424, 8,518,981, 8,598,218, and 8,598,219 are invalid and/or not infringed;

2

WHEREAS, all four actions relate to Defendants' submissions of Abbreviated New Drug Applications to the U.S. Food and Drug Administration for approval to market generic versions of Helsinn's Aloxi® brand palonosetron hydrochloride intravenous solutions;

WHEREAS, on May 20, 2014, United States Patent No. 8,729,094, titled "Liquid Pharmaceutical Formulations of Palonosetron" ("the '094 Patent") issued, and the '094 Patent has been listed in the Orange Book for Aloxi®;

WHEREAS, the parties wish to add the '094 Patent to these litigations;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, through their undersigned counsel, and subject to the approval of the Court:

1. Upon entry of this Stipulation and Order by the Court, Plaintiffs may file as separate docket items amended complaints in Civil Action Nos. 13-688-GMS, 13-1612-GMS, 13-2101-GMS, and 14-427-GMS adding claims for infringement of the '094 patent, and removing with prejudice any claims concerning U.S. Patent Nos. 8,598,218 and 8,518,981;

2. The Court's decision regarding Accord's Motion to Dismiss in Civil Action No. 13-2101-GMS, which has been fully briefed by Accord and Plaintiffs (D.I. 11, D.I. 15, D.I. 18, D.I. 20, D.I. 21, and D.I. 22), will apply equally to the '094 patent and no further briefing by either party concerning Accord's motion shall be necessary;

3. Civil Action Nos. 13-688-GMS, 13-1612-GMS, 13-2101-GMS, and 14-427-GMS are consolidated for all purposes, and all papers shall be filed in Civil Action No. 13-688-GMS;

4. An agreed-upon schedule, attached as Exhibit A, shall apply in these consolidated actions;

5. The discovery limitations set forth in the December 17, 2013 Joint Status

Report (D.I. 25) submitted in Civil Action No. 13-688-GMS shall apply to these consolidated actions;

      6.     The provisions of the Stipulated Protective Order entered as D.I. 44 in Civil Action No. 13-688-GMS, a copy of which is attached hereto as Exhibit B, shall apply in these consolidated actions, subject to the additional designation of in-house representatives for Accord and Cipla in paragraph 10(h).

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Mary B. Matterer* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Mary B. Matterer (#2696)<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>mmatterer@morrisjames.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Aurobindo Pharma Ltd. and AuroMedics Pharma LLC* |
| OF COUNSEL: | OF COUNSEL: |
| Joseph M. O'Malley, Jr.<br>Bruce M. Wexler<br>Eric W. Dittmann<br>David M. Conca<br>Gary Ji<br>Angela C. Ni<br>PAUL HASTINGS LLP<br>75 East 55th Street<br>New York, NY 10022<br>(212) 318-6000 | H. Keeto Sabharwal<br>Paul A. Ainsworth<br>Nirav N. Desai<br>Brett E. Howard<br>STERNE, KESSLER, GOLDSTEIN & FOX, PLLC<br>1100 New York Avenue<br>Washington, DC 20005<br>(202) 371-2600 |
| *Attorneys for Plaintiff Helsinn Healthcare S.A.* | |

4

| | |
|---|---|
| Mark E. Waddell<br>LOEB & LOEB LLP<br>345 Park Avenue<br>New York, NY 10154<br>(212) 407-4127<br><br>*Attorneys for Plaintiff Roche Palo Alto LLC* | SHAW KELLER LLP<br><br>*/s/ Karen E. Keller*<br>_____<br>Karen E. Keller (#4489)<br>David M. Fry (#5486)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>dfry@shawkeller.com<br>*Attorneys for Defendant Ben Venue*<br>OF COUNSEL:<br><br>Robert V. Cerwinski<br>Huiya Wu<br>Michael S. Chang<br>KENYON & KENYON LLP<br>One Broadway<br>New York, NY 10004<br>(212) 425-7200<br><br>William G. James<br>KENYON & KENYON LLP<br>1500 K Street, NW<br>Washington, D.C. 20005<br>(202) 220-4200<br><br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Adam W. Poff*<br>_____<br>Adam W. Poff (# 3990)<br>Monté T. Squire (# 4764)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>msquire@ycst.com<br>*Attorneys for Defendant Accord Healthcare, Inc.* |

OF COUNSEL:

Neil F. Greenblum
Michael J. Fink
P. Branko Pejic
Paul A. Braier, Ph.D.
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191
(703) 716-1191

PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ John C. Phillips, Jr.*

John C. Phillips, Jr. (# 110)
Megan C. Haney (# 5016)
1200 North Broom Street
Wilmington, DE 19806-4204
(302) 655-4200
JCP@pgslaw.com
MCH@pgslaw.com
*Attorneys for Defendants Cipla Ltd. and Cipla USA, Inc.*

OF COUNSEL:

Robert F. Green
Caryn C. Borg-Breen
John P. Snow
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 North Stetson
Chicago, Illinois 60601-6731
(312) 616-5600

IT IS SO ORDERED this _____ day of June 2014.

_____
                                                                J.