IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELSINN HEALTHCARE S.A. and ROCHE PALO ALTO LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CIPLA LTD., CIPLA USA, INC., EUROHEALTH INTERNATIONAL SARL, WEST-WARD PHARMACEUTICAL CORP., and MYLAN INSTITUTIONAL LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 13-688 (GMS) <br> CONSOLIDATED |

## STIPULATION AND ORDER

WHEREAS, Plaintiffs Helsinn Healthcare S.A. and Roche Palo Alto LLC (collectively, "Plaintiffs") and Defendants Cipla Ltd. and Cipla USA, Inc. (collectively, "Cipla") presented claim construction arguments regarding the term "for intravenous administration to a human to reduce the likelihood of cancer chemotherapy-induced nausea and vomiting" during the *Markman* hearing held on February 18, 2015 before Judge Sleet ("*Markman* hearing"), and Cipla conceded during the hearing that the preamble language "for intravenous administration to a human" is a limitation of the claims of U.S. Patent No. 8,598,219 ("the '219 patent") and agreed to drop its dispute as to this language;

WHEREAS, upon hearing Cipla's agreement regarding the preamble language "for intravenous administration to a human" is limiting, the Court requested that Plaintiffs and Cipla file a stipulation regarding the same and to further confer regarding the construction of the remainder of the preamble language, "to reduce the likelihood of cancer chemotherapy-induced nausea and vomiting," to potentially remove another issue for the Court to decide;

WHEREAS, Defendants Eurohealth International Sarl, West-Ward Pharmaceutical Corp., and Mylan Institutional LLC have not raised any dispute concerning this claim term;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Cipla, through their undersigned counsel, and subject to the approval of the Court, that the preamble language "for intravenous administration to a human" is a limitation of the claims of the '219 patent.

The parties met and conferred on February 23, 2015, and no further agreement could be reached regarding the remainder of the preamble language "to reduce the likelihood of cancer chemotherapy-induced nausea and vomiting."

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, GOLDMAN & SPENCE, P.A. |
|---|---|
| */s/ Maryellen Noreika* | */s/ David A. Bilson* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | John C. Phillips, Jr. (# 110)<br>Megan C. Haney (# 5016)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, DE 19806-4204<br>(302) 655-4200<br>JCP@pgslaw.com<br>MCH@pgslaw.com<br>DAB@pgslaw.com |

*Attorneys for Plaintiffs Helsinn Healthcare S.A. and Roche Palo Alto LLC*

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Joseph M. O'Malley, Jr.<br>Bruce M. Wexler<br>Eric W. Dittmann<br>David M. Conca<br>Gary Ji<br>Angela C. Ni<br>PAUL HASTINGS LLP<br>75 East 55th Street<br>New York, NY 10022<br>(212) 318-6000 | Robert Green<br>Christopher Griffith<br>Caryn Borg-Breen<br>GREEN, GRIFFITH & BORG-BREEN LLP<br>455 North Cityfront Plaza Drive, Suite 3100<br>Chicago, IL 60611<br>(312) 883-8000<br><br>*Attorneys for Defendants Cipla Ltd. and Cipla USA, Inc* |

*Attorneys for Plaintiff Helsinn Healthcare S.A.*

Mark E. Waddell
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
(212) 407-4127
mwaddell@loeb.com

*Attorneys for Plaintiff Roche Palo Alto LLC*

IT IS SO ORDERED this 24th day of Feb 2015.

_____
Hon. Gregory M. Sleet, U.S.D.J.